UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON'Z SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. GARCIA,<br><br>　　　　　Defendant. | 1:13-cv-02003-AWI-GSA (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>(Document# 20) |

　　　　On July 14, 2014, plaintiff filed a motion seeking the appointment of counsel. (Doc. 20.) Plaintiff's motion appears to be a duplicate of the motion he filed on June 23, 2014, (Doc. 15), with one additional exhibit attached providing documentary evidence that Plaintiff is hearing impaired. Plaintiff's motion of June 23, 2014 was denied by the court on July 11, 2014, merely three days before Plaintiff's second motion was filed. For this reason, and because the court finds no material difference in Plaintiff's arguments in his two motions, the court finds that Plaintiff's motion of July 14, 2014 was resolved by the court's order of July 11, 2014. Therefore, Plaintiff's motion filed on July 14, 2014 shall be denied as moot.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for appointment of counsel filed on July 14, 2014 is DENIED as moot.

IT IS SO ORDERED.

　　Dated:   **July 17, 2014**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE