# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON'Z SMITH,<br><br>            Plaintiff,<br><br>      vs.<br><br>M. GARCIA,<br><br>            Defendant. | 1:13-cv-02003-AWI-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS<br>(Doc. 27, 28, 29)<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION AND AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>DEADLINE: **JULY 10, 2015**<br><br>ORDER VACATING SETTLEMENT CONFERENCE<br><br>**Settlement Conference Vacated:**<br>June 1, 2015 at 1:00 p.m.<br>Ctrm. #24, U.S. District Court, Sacramento<br>Before Magistrate Judge Carolyn K. Delaney<br><br>ORDER FOR CLERK TO SERVE THIS ORDER UPON MAGISTRATE JUDGE CAROLYN K. DELANEY |

## I.      BACKGROUND

Jovon'z Smith ("Plaintiff"), a state prisoner presently in the custody of the California Department of Corrections and Rehabilitation at the Correctional Training Facility (CTF) in

1

Soledad, California, is proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on Plaintiff's original Complaint filed on December 6, 2013, against defendant Sergeant M. Garcia ("Defendant") for use of excessive force in violation of the Eighth Amendment.  (Doc. 1.)

On June 18, 2014, the court issued a Scheduling Order establishing deadlines of February 18, 2015 for completion of discovery, and May 27, 2015 for the parties to file pretrial dispositive motions.  (Doc. 14.)

This case is scheduled for a Settlement Conference on June 1, 2015, at 1:00 p.m. before Magistrate Judge Carolyn K. Delaney at the United States District Court in Sacramento, California.  On April 28, 2015, the court issued a writ of habeas corpus ad testificandum to transport Plaintiff from CTF to the Court in Sacramento on June 1, 2015 to attend the Settlement Conference.  (Doc. 26.)

On May 13, 2015, Plaintiff filed a motion for extension of time to file a dispositive motion and an opposition to Defendant's motion for summary judgment, and a motion to either continue the Settlement Conference to a later date, or hold the Settlement Conference telephonically.  (Docs. 27, 28.)  On May 20, 2015, Plaintiff again filed the same motions.  (Doc. 29.)  Plaintiff's motions are now before the court.

**II.      PLAINTIFF'S MOTIONS**

Plaintiff seeks an extension of time to file a dispositive motion and an opposition to Defendant's motion for summary judgment of April 22, 2015.  Plaintiff requests additional time because he is proceeding without the aid of an attorney in this action, and he has not received a copy of his February 24, 2015 deposition transcript.  Plaintiff asserts that on May 3, 2015, he requested the transcript from defense counsel, and he awaiting a response.

Plaintiff also requests a continuance of the June 1, 2015 Settlement Conference, or in the alternative, that the Settlement Conference be held telephonically.  Plaintiff asserts that his high school diploma graduation is scheduled for June 19, 2015 at CTF, and his family members are planning to attend.  Plaintiff expresses concern that he will not be transported back to CTF after the Settlement Conference in time to attend his graduation.

**Discussion**

Plaintiff has shown good cause for an extension of time to file a dispositive motion and an opposition to Defendant's motion for summary judgment. Further, the court finds good cause at this juncture to vacate the June 1, 2015 Settlement Conference, to be rescheduled as needed at a later time. Therefore, Plaintiff's motions shall be granted.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions filed on May 13, 2015 and May 20, 2015, are GRANTED;
2. Plaintiff is GRANTED an extension of time until **July 10, 2015** to file a dispositive motion;
3. Plaintiff is GRANTED an extension of time until **July 10, 2015** to file an opposition to Defendant's motion for summary judgment of April 22, 2015;
4. The Settlement Conference, scheduled for June 1, 2015 at 1:00 p.m. before Magistrate Judge Carolyn K. Delaney at the United States District Court in Sacramento, California, is VACATED from the Court's calendar and shall be rescheduled as needed at a later time;
5. The order and writ of habeas corpus ad testificandum issued on April 28, 2015, to transport Plaintiff from CTF to the Court for the Settlement Conference on June 1, 2015, shall be VACATED by separate order; and
6. The Clerk of Court is directed to serve a copy of this order upon Magistrate Judge Carolyn K. Delaney.

IT IS SO ORDERED.

Dated:  **May 21, 2015**            /s/ Gary S. Austin
                           UNITED STATES MAGISTRATE JUDGE