UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON'Z SMITH,<br><br>        Plaintiff,<br><br>    vs.<br><br>M. GARCIA,<br><br>        Defendant. | 1:13-cv-02003-AWI-GSA-PC<br><br>ORDER VACATING APRIL 28, 2015 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO JOVON'Z SMITH, CDCR# G-66774<br><br>(Doc. 26.) |

On April 28, 2015, the court issued an order and Writ of Habeas Corpus ad Testificandum, commanding the Warden of the Correctional Training Facility in Soledad, California, to produce California prisoner Jovon'z Smith, CDCR# G-66774, at the United States District Court in Sacramento, California, Courtroom #24, on June 1, 2015 at 1:00 p.m., to attend a settlement conference in this action.

The court has found good cause to vacate the June 1, 2015 settlement conference and reschedule it as needed at a later date. By separate order, the court shall vacate the Settlement Conference from the court's calendar.

Accordingly, because the Settlement Conference is being vacated, IT IS ORDERED that the court's order of April 28, 2015, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on April 28, 2015, commanding the production of inmate Jovon'z Smith, IS HEREBY VACATED.



IT IS SO ORDERED.

Dated:   **May 21, 2015**                              **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE