# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON'Z SMITH,<br><br>           Plaintiff,<br><br>     v.<br><br>C/O GARCIA,<br><br>           Defendant. | Case No.  1:13-cv-02003-AWI-SAB-PC<br><br>ORDER DIRECTING DEFENDANTS TO NOTIFY THE COURT OF SETTTLEMENT STATUS<br><br>RESPONSE DUE IN TWENTY DAYS |

Plaintiff Smith is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 22, 2015, Defendant filed a Notice of Settlement, indicating that the parties have reached terms to settle this action.  The notice further indicated that the parties are in the process of executing a settlement agreement and release and will file a stipulation for dismissal when the settlement has been funded.

Accordingly, IT IS HEREBY ORDERED that Defendant shall, within twenty days of the date of service of this order, Defendant shall file a notice indicating the status of the settlement funding.

IT IS SO ORDERED.

Dated:   **November 25, 2015**

UNITED STATES MAGISTRATE JUDGE

1