# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON'Z SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>M. GARCIA,<br><br>    Defendant. | Case No.  1:13-cv-02003-AWI-SAB-PC<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On November 30, 2015, counsel for Defendant submitted a stipulation for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  As a result of settlement negotiatons,  Plaintiff Jovon'z Smith and Defendant M. Garcia have resolved this case in its entirety.  The parties further stipulated that each party shall bear its own litigation costs and attorney's fees.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the parties' stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   December 3, 2015                                  _____
                                                                             SENIOR  DISTRICT  JUDGE

1