# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON'Z SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C/O GARCIA,<br><br>　　　　Defendant. | Case No.  1:13-cv-02003-SAB-PC<br><br>ORDER DIRECTING DEFENDANT TO RESPOND TO MOTION FOR REIMBURSEMENT OF FEES<br>(ECF NO. 38)<br><br>RESPONSE DUE IN FOURTEEN DAYS |

　　　　Plaintiff Smith is appearing pro se this civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2015, the parties stipulated to dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as a result of settlement negotiations.  An order was entered, dismissing this action with prejudice pursuant to the stipulation.

　　　　On December 4, 2015, Plaintiff filed a declaration in which he seeks reimbursement of part of his settlement.  Plaintiff indicates that the trust account office at CTF Soledad improperly withheld all of Plaintiff's settlement check for restitution in violation of applicable regulations. Plaintiff contends that he is entitled to a reimbursement of part of the withheld funds.  The Court construes Plaintiff's declaration as a motion for reimbursement.

　　　　Accordingly, IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's motion within fourteen days of the date of service of this order.

IT IS SO ORDERED.

Dated:  **January 11, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1